UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| FRANCIS JAMES JOHNSON,<br><br>                Petitioner,<br><br>vs.<br><br>MICHAEL BUDGE, et al.,<br><br>                Respondents. | 3:02-cv-00501-LRH-VPC<br><br><u>ORDER</u> |

      Before the court is Respondents' Motion for Enlargement of Time (First Request) (Doc. #53).

      The court has conducted two sealed hearings relative to the Federal Public Defender's office continuing as counsel for Petitioner Johnson. On April 12, 2007, the court granted a thirty (30) day extension to allow the Federal Public Defender and Mr. Johnson to confer relative to his pending petition and to determine whether Petitioner Johnson will be relieved of counsel at the end of the thirty (30) day period and proceed thereafter in a pro se fashion.

      Good cause appearing, Respondents are relieved from responding to Petitioner's Third Amended Petition (Doc. #47) as well as Johnson's proper person Fourth Amended Petition (Doc. #50) until further order of the court. At that time, it is anticipated that Respondents will be

///

///

///

///

granted a sixty (60) day time period to respond to the Petition allowed by the court.

IT IS SO ORDERED.

DATED this 12th day of April, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE