AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

FRANCIS JAMES JOHNSON,

      Petitioner,   JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:02-cv-00501-LRH-VPC**

MICHAEL BUDGE, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondents' #61 Motion to Dismiss the Fourth Amended Petition is GRANTED. This action is DISMISSED WITH PREJUDICE in its entirety.

   January 28, 2008                   **LANCE S. WILSON**
                                                       Clerk

                                                        /s/ Kalani Lizares
                                                        Deputy Clerk